

| 2017AP37 | Brown County v. Ralph G. Barke | Dismissed | 07/05/2017 |
| 2017AP1055 | State v. Daniel L. Hanson | Dismissed | 07/06/2017 |